IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JASPER DEJAN JOHNSON,                          *

              Plaintiff,                  *

v.                                             Case No.  4:22-CV-70-CDL-MSH

                                          *

Officer GRAYSON DUTTON,

                                          *

              Defendant.                  *

_____        *

## J U D G M E N T

Pursuant to this Court's Order dated May 12, 2023, having accepted the recommendation of the

United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 12th day of May, 2023.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk